UNITED STATES of America,
Plaintiff—Appellee,

v.

Gilberto LOPEZ–BELTRAN,
Defendant—Appellant.

No. 00–10497.

D.C. No. CR–00–00973–RCC.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 10, 2001.*

Decided Sept. 19, 2001.

Before HUG, PREGERSON, and WARDLAW, Circuit Judges.

MEMORANDUM **

Gilberto Lopez–Beltran appeals his conviction by guilty plea and sentence for one count of illegal re-entry after deportation in violation of 8 U.S.C. § 1326(a), with a sentence enhancement pursuant to 8 U.S.C. § 1326(b)(2). Lopez–Beltran's attorney has filed a motion to withdraw and a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Lopez–Beltran's plea agreement contains an express waiver of the right to appeal the judgment and sentence. Because our independent review of the record indicates that the plea agreement, including the waiver of the right to appeal, was entered knowingly and voluntarily, *United States v. Aguilar–Muniz*, 156 F.3d 974, 976 (9th Cir.1998), we enforce the waiver, **GRANT** counsel's motion to withdraw, and **DISMISS** the appeal.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.